```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-PO-423 |
|---|---|
| Plaintiff, | (F4852748 and F4852749) |
| v. | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CITATIONS |
| Vadim Eydel, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, having reviewed the evidence in this matter hereby moves to dismiss the citations in the interest of justice, with prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: January 2, 2019          Respectfully submitted,
                                McGREGOR W. SCOTT
                                United States Attorney

                            By: /s/ Michael G. Tierney
                                MICHAEL G. TIERNEY
                                Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that:

The citations in this matter are dismissed with prejudice.

IT IS SO ORDERED.

   Dated: __January 3, 2019__            __/s/ Jennifer L. Thurston__
                                                        UNITED STATES MAGISTRATE JUDGE